IN THE UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | |
|---|---|
| DAWNELLE BROWN, | Civil No. 6:20-CV-00475-YY |
| Plaintiff, | |
| v. | ORDER FOR ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(D) |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant. | |

Based upon the Stipulation of the parties, it is hereby ordered that attorney fees in the amount of $5,603.47 shall be awarded to Plaintiff pursuant to 28 U.S.C. § 2412(d) (EAJA).

If it is determined that Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, *see Astrue v. Ratliff*, 130 S.Ct. 2521 (2010), then the check for EAJA fees shall be made payable to Dellert Baird Law Offices, PLLC, based upon Plaintiff's assignment of this fee to her attorney. Any check for EAJA fees shall be mailed to Plaintiff's counsel at Dellert Baird Law Offices, PLLC, 2805 Bridgeport Way W, #23, University Place, WA, 98466.

IT IS SO ORDERED.

DATED this 17th day of December, 2020.

/s/ Youlee Yim You
UNITED STATES MAGISTRATE JUDGE

Page 1     ORDER
           [6:20-CV-475-YY]