# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON

| | |
|---|---|
| DAWNELLE BROWN,<br><br>    Plaintiff,<br><br>    v.<br><br>Acting Commissioner of the Social Security Administration,<br><br>    Defendant. | Civil No. 6:20-cv-00475-YY<br><br>ORDER FOR ATTORNEY FEES PURSUANT TO 42 U.S.C. § 406(b) |

After considering Plaintiff's unopposed motion and supporting documents, it is hereby ORDERED that attorney's fees in the amount of $7,946.53 be awarded to Dellert Baird Law Offices, PLLC, pursuant to 42 U.S.C. § 406(b). This amount offsets the previously awarded EAJA fee, so no further offset shall be applied.

IT IS SO ORDERED.

DATED this 14th day of November, 2022.

                                              /s/ Youlee Yim You
                                              U.S Magistrate Judge